IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIE TY'RONE CARR, #02154841 | § | |
| VS. | § | CIVIL ACTION NO. 2:22cv234 |
| DIRECTOR, TDCJ-CID | § | |

FINAL JUDGMENT

The Court having considered Petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the above-styled lawsuit is **DISMISSED** without prejudice.

**So ORDERED and SIGNED this 29th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE